1  MARK J. BOURASSA, ESQ. (NBN 7999)
2  JENNIFER A. FORNETTI, ESQ. (NBN 7644)
   VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
3  **THE BOURASSA LAW GROUP**
   2350 W. Charleston Blvd., Suite 100
4  Las Vegas, Nevada 89102
   Telephone:  (702) 851-2180
5  Facsimile:  (702) 851-2189
6  Email:      *mbourassa@blgwins.com*
               *jfornetti@blgwins.com*
7              *vchristian@blgwins.com*

8                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10 STEVEN WADE, an individual,              Case No.: 2:24-cv-01561-RFB-MDC

11              Plaintiff,

12 vs.                                      **STIPULATED DISCOVERY PLAN AND**
                                            **SCHEDULING ORDER**
13
14 C AND S COMPANY INC., a domestic         **SUBMITTED IN COMPLIANCE WITH LR**
   corporation, and DOES 1 – 20 inclusive,  **26-1(b)**
15
16              Defendants.

17         **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

18         Under Fed. R. Civ. P. 26(f) and Local Rule 26-1, the parties, through their respective counsel,

19 conducted a telephone conference on September 10, 2024, to generally discuss the claims, and to schedule

20 a discovery planning conference.

21         Plaintiff's counsel and Defendant's counsel conducted a discovery conference on September 10,

22 2024, and hereby submits to the Court the following proposed Discovery Plan and Scheduling Order:

23         **A.      Initial Disclosures**

24         The parties will make their initial disclosures by **September 24, 2024.**

25         **B.      Areas of Discovery**

26         Plaintiffs believe that the areas of discovery should include, but not be limited to, all claims and

27 defenses allowed pursuant to the Federal Rules of Civil Procedure.

28

                                            -1-

**C.     Discovery Plan**

The parties Accordingly, the parties propose the following Discovery Plan for this matter as it currently stands (for deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day):

| Event | Date |
|---|---|
| Discovery Cut-Off Date | **March 10, 2025** (180 days after the parties' discovery-planning conference) |
| Amending Pleadings and Adding Parties | **December 10, 2024** (90 days to close of discovery) |
| Initial Expert Designations | **January 9, 2025** (60 days to close of discovery) |
| Rebuttal Expert Designations | **February 10, 2025** (30 days to close of discovery, next judicial day) |
| Dispositive Motion Deadline | **April 9, 2025** (30 days after discovery closes) |
| Pretrial Order | **May 9, 2025** (30 days after the dispositive motion deadline unless dispositive motions are filed, in which case the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order) |

**D.     Court Conferences**

If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

**E.      Extensions or Modifications of the Discovery Plan and Scheduling Order**

All motions or stipulations to extend a deadline set forth in this discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline, must satisfy the requirements of LR 26-3, and be supported by good cause for the extension.

**F.      Alternative Dispute Resolution**

The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

**G.      Alternative Forms of Case Disposition**

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**H.      Fed. R. Civ. P. 26(a)(3) Disclosures**

Unless the discovery plan otherwise provides and the court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

**I.      Electronic Evidence**

The parties certify that they have discussed and intend to present evidence in electronic format to jurors for the purposes of jury deliberations and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system.  At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the joint pretrial order.

**J.      Consent to Service by Electronic Means through Electronic Mail**

The undersigned, on behalf of Plaintiff and Defendants, hereby consent to service of documents by electronic means via electronic mail and/or by U.S. Mail. Documents served by electronic means must be transmitted to the following persons at the e-mail address below:

- Plaintiff's Attorneys: Jennifer A. Fornetti, Valerie S. Christian and Mark J. Bourassa of The Bourassa Law Group
    - E-Service Address:

        jfornetti@blgwins.com,      vchristian@blgwins.com,      mbourassa@blgwins.com, kvandermiller@blgwins.com

- Defendants' Attorneys: Bradley T. Austin, Esq, Paul S. Prior, Esq., Theresa C. Trenholm, Esq., of SNELL & WILMER LLP.
  - E-Service Address:
    - baustin@swlaw.com, sprior@swlaw.com, ttrenholm@swlaw.com

DATED this 20th day of September, 2024

**THE BOURASSA LAW GROUP**

By: */s/ Jennifer A. Fornetti*
  MARK J. BOURASSA, ESQ. (NBN 7999)
  JENNIFER A. FORNETTI, ESQ. (NBN 7644)
  VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
  2350 W Charleston Blvd, Suite 100
  Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 20th day of September, 2024

**SNELL & WILMER LLP**

By:*/s/ Paul S. Prior*
  BRADLEY T. AUSTIN, ESQ. (NBN 13064)
  PAUL S. PRIOR, ESQ. (NBN 9324)
  THERESA C. TRENHOLM, ESQ. (NBN 16460)
  1700 South Pavilion Center Drive, Ste. 700
  Las Vegas, Nevada 89135

*Attorneys for Defendant*

IT IS SO ORDERED:

Denied with leave to refile. Stipulation does not comply with LR 26-1(b)(1).  The 180-day standard discovery period is measured from date of first defendant appeared, not the date of the initial conference. The stipulation does not contain any good cause for the longer discovery period requested and does not comply with LR 26-1(a).
The parties shall file a stipulation in compliance with LR 26-1(b).
The Court will consider discovery extensions should the need arise and the parties demonstrate good cause and diligence in pursuing discovery.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    09-24-24

CASE NO.:  2:24-cv-01561-RFB-MDC

-4-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** on all parties to this action by the method(s) indicated below:

  X   by using the Court's CM/ECF Electronic Notification System addressed to:

> Bradley T. Austin, Esq.
> Paul S. Prior, Esq.
> Theresa C. Trenholm, Esq.
> SNELL & WILMER LLP
> 1700 South Pavilion Center Drive, Ste. 700
> Las Vegas, Nevada 89135

DATED:  This 20th day of September, 2024.

*/s/ Kylie B. VanderMiller*
Employee of The Bourassa Law Group