1  MARK J. BOURASSA, ESQ. (NBN 7999)
2  JENNIFER A. FORNETTI, ESQ. (NBN 7644)
   VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
3  **THE BOURASSA LAW GROUP**
   2350 W. Charleston Blvd., Suite 100
4  Las Vegas, Nevada 89102
5  Telephone:  (702) 851-2180
   Facsimile:   (702) 851-2189
6  Email:      *mbourassa@blgwins.com*
               *jfornetti@blgwins.com*
7              *vchristian@blgwins.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN WADE, an individual, | Case No.: 2:24-cv-01561-RFB-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| C AND S COMPANY INC., a domestic corporation, and DOES 1 – 20 inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f), and District of Nevada Civil Local Rules, 6-1 and 26-3 and for good cause described herein, the parties, Plaintiff Steven Wade, and Defendant C and S Company Inc., ("Defendant") by and through their respective counsel of record, hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 90 days as requested herein:

///
///
///
///
///
///
///

-1-

## I.     LOCAL RULE 6-1 IS SATISFIED

This is the first request for an extension of discovery deadlines filed by the parties. Pursuant to the Order dated September 30, 2024, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:     February 19, 2025
2. Motions to amend pleadings and add parties:     No Extension
3. Expert Designations:     December 23, 2024
4. Rebuttal Expert Designations:     January 20, 2025
5. Dispositive Motions:     March 21, 2025
6. Joint Pre-Trial Order:     April 21, 2025

The parties have been diligently pursing discovery on all aspects of the case and are working in good faith to reach an amicable resolution. However, due to a family emergency, Plaintiff's counsel needed to suddenly, and unexpectedly, become her mother's primary caregiver on hospice care on September 25, 2024, with her mother passing away on October 6, 2024. This was also Plaintiff's last parent and there were many arrangements to be made, including flying her mother's remains flown back and laid to rest in Wisconsin where her father is already buried, rehoming animals, and settling other matters. Plaintiff's counsel's other full time Nevada attorney with experience went on maternity leave on November 2, 2024 and the seasoned attorney hired to assist left four and a half days later. Due to unforeseen circumstances, the parties are requesting a 90-day extension to the reaming discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## II.     LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. This request is made within 21 days of the subject deadline and is supported by a showing of good cause.

The parties agree that the extension requested is made in good faith and will allow for the additional fact discovery to be completed before the upcoming proposed deadlines. As a result, the parties have requested the remaining discovery deadlines be extended 90 days.

///

**Discovery Completed to Date:**

Plaintiff's Initial Disclosures                                          September 23, 2024

Defendant's Initial Disclosures                                         September 24, 2024

**Discovery Remaining:**

The parties still need to take depositions of the parties and fact witnesses. The parties still need to serve written discovery. Additionally, the parties need to prepare expert reports, rebuttal reports, and take the depositions of those experts.

**Proposed Schedule for Completing All Remaining Discovery:**

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 90 days be afforded for discovery. The following deadlines are requested.

1. Discovery Cutoff Date:                         May 20, 2025
2. Motions to amend pleadings and add parties:    No Extension
3. Expert Designations:                           March 21, 2025
4. Rebuttal Expert Designations:                  April 21, 2025 (next business day)
5. Dispositive Motions:                           June 19, 2025
6. Joint Pre-Trial Order:                         July 21, 2025 (next business day)

DATED this 2nd day of December 2024          DATED this 2nd day of December 2024

**THE BOURASSA LAW GROUP**                    **SNELL & WILMER LLP**

By: */s/ Jennifer A. Fornetti*                By:*/s/ Paul S. Prior*
   MARK J. BOURASSA, ESQ. (NBN 7999)          BRADLEY T. AUSTIN, ESQ. (NBN 13064)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)       PAUL S. PRIOR, ESQ. (NBN 9324)
   VALERIE S. CHRISTIAN, ESQ. (NBN 14716)      THERESA C. TRENHOLM, ESQ. (NBN 16460)
   2350 W Charleston Blvd, Suite 100            1700 South Pavilion Center Drive, Ste. 700
   Las Vegas, Nevada 89102                      Las Vegas, Nevada 89135

*Attorneys for Plaintiff*                     *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-3-24

CASE NO.: 2:24-cv-01561-RFB-MDC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER TO EXTEND DISCOVERY** on all parties to this action by the method(s) indicated below:

  X    by using the Court's CM/ECF Electronic Notification System addressed to:

Bradley T. Austin, Esq.
Paul S. Prior, Esq.
Theresa C. Trenholm, Esq.
SNELL & WILMER LLP
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

DATED: This 2nd day of December, 2024.

                    /s/ Kylie B. VanderMiller
                    Employee of The Bourassa Law Group