# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Steven Wade,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>C and S Company Inc.,<br><br>　　　　　　Defendant(s). | 2:24-cv-01561-RFB-MDC<br><br>**ORDER SETTING HEARING** |

　　　IT IS ORDERED that the parties shall appear **in-person at 11:00 a.m. on May 14, 2025 in Courtroom 3B** on the parties' *Stipulation Regarding Discovery Dispute (ECF No. 27)*.

　　　Dated: April 25, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge