MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:  (702) 851-2189
Email:  *mbourassa@blgwins.com*
  *jfornetti@blgwins.com*
  *vchristian@blgwins.com*
  *jwaldman@blgwins.com*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN WADE, an individual, | Case No.: 2:24-cv-01561-RFB-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| C AND S COMPANY INC., a domestic corporation, and DOES 1 – 20 inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f), and District of Nevada Civil Local Rules, 6-1 and 26-3 and for good cause described herein, the parties, Plaintiff Steven Wade, and Defendant C and S Company Inc., ("Defendant") by and through their respective counsel of record, hereby request this Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 90 days as requested herein:

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

## I.  LOCAL RULE 6-1 IS SATISFIED

This is the third request for an extension of discovery deadlines filed by the parties. Pursuant to the Order dated May 1, 2025 (ECF No 32), the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:                                July 21, 2025 (next day)
2. Motions to amend pleadings and add parties:           No extension
3. Expert Designations:                                  No extension
4. Rebuttal Expert Designations:                         No extension
5. Dispositive Motions:                                  August 19, 2025
6. Joint Pre-Trial Order:                                September 22, 2025 (next day)

The parties have been diligently pursing discovery on all aspects of the case and are working in good faith to reach an amicable resolution. Because of several discovery disputes, the discovery timeline has been delayed. Plaintiff has outstanding discovery requests that this Court only recently compelled production upon.

This Court compelled production of Requests No 35 and 37 from Plaintiff's second Set of Requests for Production with a due date of June 30, 2025. (ECF No 37).

This Court recently heard the parties' discovery dispute on June 17, 2025 and ordered the production of additional documents by July 17, 2025 (ECF No 38). Plaintiff needs time to review these documents and to utilize them during a FRCP 30(b)(6) deposition of Defendant. Plaintiff anticipates there may be other individuals revealed by the deposition that he may also need to depose. Specifically, individuals involved in the payroll process and from the Southern Nevada Chapter of the National Electrical Contractors Association, but requires the outstanding discovery in order to adequately depose these witnesses.

Furthermore, Defendant intends to depose key witnesses including the Plaintiff, and Adriana Juaregui-Meraz. Due to the fact that significant discovery still needs to take place, and the anticipated production of a large amount of documents, the parties are requesting a 90-day extension to the current discovery deadlines.

/ / /

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## II.  LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. This request is made more than 21 days from the subject deadline and is supported by a showing of good cause.

The parties agree that the extension requested is made in good faith and will allow for the additional fact discovery to be completed before the upcoming proposed deadlines. As a result, the parties have requested the remaining discovery deadlines be extended 90 days.

**Discovery Completed:**

| DISCOVERY | DATE SERVED |
|---|---|
| Plaintiff's Initial Disclosures | September 23, 2024 |
| Defendant's Initial Disclosures | September 24, 2024 |
| Plaintiff's First Set of Requests for Admission to C AND S COMPANY, INC. | December 12, 2024 |
| Plaintiff's First Set of Requests for Production to C AND S COMPANY, INC. | December 12, 2024 |
| C AND S COMPANY'S Response to Plaintiff's First Set of Requests for Admission | January 23, 2025 |
| C AND S COMPANY'S Response to Plaintiff's First Set of Requests for Production | January 23, 2025 |
| C AND S COMPANY'S Supplemental Response to Plaintiff's First Set of Requests for Production | March 4, 2025 |
| C AND S COMPANY'S First Set of Requests for Admission to Plaintiff | February 14, 2025 |
| C AND S COMPANY'S First Set of Request for Production to Plaintiff | February 14, 2025 |
| C AND S COMPANY'S First Set of Interrogatories to Plaintiff | February 14, 2025 |
| Plaintiff's Response to C AND S COMPANY'S First Set of Requests for Admission to Plaintiff | April 2, 2025 |
| Plaintiff's Response to C AND S COMPANY'S First Set of Request for Production to Plaintiff | April 2, 2025 |
| Plaintiff's Response to C AND S COMPANY'S First Set of Interrogatories to Plaintiff | April 2, 2025 |
| Plaintiff's Second Set of Requests for Admission to C AND S COMPANY, INC | April 2, 2025 |

| | |
|---|---|
| Plaintiff's Second Set of Requests for Production to C AND S COMPANY, INC | April 2, 2025 |
| Plaintiff's First Set of Interrogatories to C AND S COMPANY, INC | April 2, 2025 |
| C AND S COMPANY'S Response to Plaintiff's Second Set of Requests for Admission | May 9, 2025 |
| C AND S COMPANY'S Response to Plaintiff's Second Set of Requests for Production | May 9, 2025 |
| C AND S COMPANY'S Response to Plaintiff's First Set of Interrogatories | May 9, 2025 |
| Order Granting and Denying in Part Stipulation Regarding Discovery Dispute | May 30, 2025 |
| Plaintiff's Second Set of Interrogatories to C AND S COMPANY, INC | June 3, 2025 |
| Plaintiff's Third Set of Requests for Production to C AND S COMPANY, INC | June 3, 2025 |

**Discovery Remaining:**

1. Defendant's responses to Plaintiff's First Set of Requests for Production, Requests No 4, 7, and 8-34.
2. Defendant's responses to Plaintiff's Second Set of Requests for Production, Requests No 35 and 37.
3. Defendant's responses to Plaintiff's Second Set of Interrogatories
4. Defendant's responses to Plaintiff's Third Set of Request for Production.
5. Plaintiff intends to take a FRCP 30(b)(6) deposition of defendant.
6. Defendant intends to depose key witnesses, including Plaintiff and Adriana Juaregui-Meraz.

///
///
///
///
///
///

**Proposed Schedule for Completing All Remaining Discovery:**

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 90 days be afforded for discovery. The following deadlines are requested.

1. Discovery Cutoff Date: October 20, 2025 (next day)
2. Motions to amend pleadings and add parties: No Extension
3. Expert Designations: No extension
4. Rebuttal Expert Designations: No extension
5. Dispositive Motions: November 17, 2025
6. Joint Pre-Trial Order: December 22, 2025 (next day)

DATED this 27th day of June 2025

**THE BOURASSA LAW GROUP**

By: */s/ Joseph P. Waldman*
    MARK J. BOURASSA, ESQ. (NBN 7999)
    JENNIFER A. FORNETTI, ESQ. (NBN 7644)
    VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
    JOSEPH P. WALDMAN, ESQ. (NBN 17010)
    2350 W Charleston Blvd, Suite 100
    Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 27th day of June 2025

**SNELL & WILMER LLP**

By: */s/ Xyzlo Lee*
    PAUL S. PRIOR, ESQ. (NBN 9324)
    XYZLO LEE, ESQ. (NBN 16912)
    1700 South Pavilion Center Drive, Ste. 700
    Las Vegas, Nevada 89135

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   6-30-25

CASE NO.:   2:24-cv-01561-RFB-MDC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER TO EXTEND DISCOVERY** on all parties to this action by the method(s) indicated below:

__X__   by using the Court's CM/ECF Electronic Notification System addressed to:

Bradley T. Austin, Esq.
Paul S. Prior, Esq.
Theresa C. Trenholm, Esq.
Xyzlo Lee, Esq.
SNELL & WILMER LLP
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

DATED: This 27th day of June, 2025.

*/s/ Kylie B. VanderMiller*
Employee of The Bourassa Law Group