1  Bradley T. Austin (NV Bar No. 13064)
   Paul S. Prior (NV Bar No. 9324)
2  Theresa C. Trenholm (NV Bar No. 16460)
   Xyzlo Lee (NV Bar No. 16912)
3  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
4  Las Vegas, Nevada 89135
   Telephone: 702.784.5200
5  Facsimile: 702.784.5252
   Email: baustin@swlaw.com
6         sprior@swlaw.com
          ttrenholm@swlaw.com
7         xlee@swlaw.com

8  *Attorneys for Defendant C and S Company Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN WADE, an individual, | Case No: 2:24-cv-01561-RFB-MDC |
| Plaintiff, | |
| vs. | **ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| C AND S COMPANY INC. a domestic corporation; and DOES 1-20 Inclusive, | |
| Defendants. | |

Defendant C and S Company, Inc. ("C and S"), and Plaintiff Steven Wade ("Wade" and together with C and S, the "Parties") stipulate and submit the following Stipulation for Dismissal with Prejudice.

The Parties hereby **STIPULATE AND AGREE AS FOLLOWS**:

1. The Parties have agreed to resolve this case. All claims made and alleged by Plaintiff against Defendant C and S shall be dismissed in their entirety with prejudice.

2. The Parties respectfully request that the Court vacate any and all pending hearings, dates, and relevant deadlines. The Parties further respectfully request that the Clerk of Court close this case.

/ / /

4903-5754-9168

3. The Parties shall bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: October 15, 2025.                                   Dated: October 15, 2025

SNELL & WILMER L.L.P.                                      THE BOURASSA LAW GROUP

By: */s/ Paul Swen Prior*                                  By: */s/ Jennifer Fornetti*
    Bradley T. Austin (SBN 13064)                          Mark J. Bourassa (NBN 7999)
    Paul S. Prior (SBN 9324)                               Jennifer Fornetti (NBN 7644)
    Theresa C. Trenholm (SBN 16460)                        2350 W Charleston Blvd., #100
    Xyzlo Lee (SBN 16912)                                  Las Vegas, NV 89102
    1700 S. Pavilion Center Drive, Suite 700
    Las Vegas, Nevada 89135-1865                           *Attorneys for Plaintiff Steven Wade*

*Attorneys for Defendant C and S Company*

**IT IS SO ORDERED.**

**DATED:** October 16, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE